Paul E. Rice (State Bar No. 062509)
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306
Telephone:  650-320-1500
Facsimile:   650-320-9905

Attorneys for Plaintiff
LESTER LEE, M.D.

**GRANTED**
*Judge James Ware*
3/6/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESTER LEE, M.D.,<br><br>            Plaintiff,<br><br>    vs.<br><br>DIAGNA RADIOLOGY LLC, a Delaware Limited Liability Company, MONTE ZARLINGO, M.D., and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No. C06-06739 JW<br><br>**AMENDED SUBSTITUTION OF ATTORNEY** |

TO THE COURT AND ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff LESTER LEE, M.D. hereby substitutes Rice & Bronitsky, 350 Cambridge Avenue, **Suite 200**, Palo Alto, California 94306; telephone:(650) 289-9088, facsimile: (650) 289-9099 as attorneys of record in the place and stead of Rutan & Tucker, LLP, Five Palo Alto Square, 3000 El Camino Real, Suite 500, Palo Alto, California 94306.

The party making this substitution is Plaintiff.

Rutan & Tucker, LLP
attorneys at law

2342/025487-0001
790775.01 a03/01/07

-1-
Case No. C-06-06739 JW
SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1  I consent to this substitution. | |
| 2 | |
| 3  Dated: Feb. 28, 2007 | _____<br>Lester Lee, M.D., Plaintiff |
| 4 | |
| 5  I consent to this substitution. | |
| 6 | |
| 7  Dated: 2/28, 2007 | RICE & BRONITSKY |
| 8 | |
| 9 | By: _____ |
| 10 | Paul E. Rice<br>Attorneys for Plaintiff<br>LESTER LEE, M.D. |
| 11 | |
|    I consent to this substitution. | |
| 12 | |
| 13  Dated:: Feb. 28, 2007 | RUTAN & TUCKER, LLP |
| 14 | |
| 15 | By: _____ |
| 16 | William T. Eliopoulos<br>Attorneys for Plaintiff<br>LESTER LEE, M.D. |

Rutan & Tucker, LLP
attorneys at law

2342/025487-0001
790775.01 a02/27/07

-2-
Case No. C-06-06739 JW
SUBSTITUTION OF ATTORNEY