RICE & BRONITSKY
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306-9814
Telephone: 650-289-9088
Facsimile:  650-289-9093

Attorneys for Plaintiff
LESTER LEE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESTER LEE, M.D., | Case No. C 06-06739 JW |
| Plaintiff, | **STIPULATION TO DISMISSAL** |
| v. | |
| DIAGNA RADIOLOGY LLC, a Delaware limited liability company, MONTE ZARLINGO, M.D., and DOES 1 through 10, inclusive, | |
| Defendants. | |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, LESTER LEE, M.D., and Defendants DIAGNA RADIOLOGY LLC, a Delaware limited liability company, MONTE ZARLINGO, M.D., by and through their respective counsel of record, hereby stipulate to dismissal of the above-captioned action with prejudice and in its entirety, each party to bear their own fees and costs.

IT IS SO STIPULATED:

///

///

///

STIPULATION TO DISMISSAL

1

1  Dated: May 8, 2007

RICE & BRONITSKY,

By: _____
Paul E. Rice
Attorneys for Plaintiff
LESTER LEE, M.D.

8  Dated: May 8, 2007

Squire, Sanders &Dempsey L.L.P.

By: _____
Michael W. Kelly
Attorneys for Defendants
DIAGNA RADIOLOGY LLC and MONTE ZARLINGO, M.D.

Good cause being shown, it is so ORDERED.

Dated: May 9, 2007

_____
James Ware
United States District Judge

RICE & BRONITSKY
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306
(650)289-9088

STIPULATION TO DISMISSAL

2